# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER LYNN FRYMOYER, | : | NO. 4:25-CV-00566 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security,* | : | |
| Defendant. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)   The decision of the Commissioner of Social Security denying the Plaintiff benefits under the Social Security Act is **VACATED**, and the case is **REMANDED** to the Commissioner;

(2)   Final judgment will be entered in the Plaintiff's favor; and

(3)   The Clerk of Court is directed to **CLOSE** this case.

Date: July 7, 2026

s/*Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge

Page 1 of 1